UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLORIA SUN JUNG YUN,

                Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

                Defendants.

19-CV-9267 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 19, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 19, 2019
           New York, New York

                                            COLLEEN McMAHON
                                          Chief United States District Judge